◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Eastern Massachusetts__

FILED
IN CLERKS OFFICE
2004 JAN -9 A 11: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT MUIR, Plaintiff

V.

CITY OF ATTLEBORO, THE ATTLEBORO
POLICE DEPARTMENT, CHIEF RICHARD PIERCE,
in his official and individual capacity,
LT. GEORGE BUSSIERE, in his official
and individual capacity,
OFFICER MICHAEL MCDONNELL in his
official and individual capacity,
OFFICER THOMAS WELLMAN, in his
official and individual capacity,
              Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03  12470 MLW**

TO: (Name and address of Defendant)

Chief Richard Pierce
Attleboro Police Department
77 Park Street
Attleboro, MA  02703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christine Azzinaro, Esq. and Brenda L. Panaggio
275 Martine Street, Fall River, MA  02723

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: 12-8-03

≈AO 4

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

December 31, 2003

I hereby certify and return that on 12/30/2003 at 09:57 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, in this action in the following manner: To wit, by delivering in hand to Sgt. Kyle Heagney, agent, person in charge at the time of service for Richard Pierce Chief of Police, 12 Union Street, Attleboro, MA 02703. Copies ($2.00), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $39.75

Deputy Sheriff Milton L Knox, Jr.

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                  *Signature of Server*

                     _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.