UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

| | |
|---|---|
| ROBERT MUIR, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| CITY OF ATTLEBORO, THE ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacity, LT. GEORGE BUSSIERE, in his official and individual capacity, OFFICER MICHAEL McDONNELL, in his official and individual capacity, OFFICER THOMAS WELLMAN, in his official and individual capacity, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION OF DEFENDANTS, CITY OF ATTLEBORO,
THE ATTLEBORO POLICE DEPARTMENT,
CHIEF RICHARD PIERCE, LT. GEORGE BUSSIERE,
OFFICER THOMAS WELLMAN TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT - ASSENTED TO**

The defendants, City of Attleboro, the Attleboro Police Department, Chief Richard Pierce, Lt. George Bussiere and Officer Thomas Wellman, hereby move that the time within which they must answer or otherwise responsively plead to plaintiff's Complaint be enlarged by an additional fourteen (14) days, up to and including February 15, 2004. As grounds therefor,

the defendants state that this Motion is ASSENTED TO by plaintiff's counsel.

| | |
|---|---|
| The Plaintiff,<br>ROBERT MUIR,<br>By his attorneys,<br><br>_/s/ Cristina Azzinaro_ (mlb)<br>Cristina Azzinaro, BBO #653953<br>Brenda L. Panaggio, BBO #754602<br>275 Martine Street, Suite 206<br>Fall River, MA 02723<br>(508) 837-6464 | The Defendants,<br>CITY OF ATTLEBORO,<br>THE ATTLEBORO POLICE<br>DEPARTMENT, CHIEF RICHARD<br>PIERCE, LT. GEORGE BUSSIERE and<br>OFFICER THOMAS WELLMAN,<br>By their attorneys,<br>**PIERCE, DAVIS & PERRITANO, LLP**<br><br>_/s/ John J. Davis_<br>John J. Davis, BBO #115890<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party (by mail) (by hand) on 1/30/04.