UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT MUIR | CIVIL ACTION No. |
| v. | 03 12470-MLW |
| CITY OF ATTLEBORO, THE ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacity, OFFICER MICHAEL MCDONNELL in his official and individual Capacity, OFFICER THOMAS WELLMAN, in his official and individual capacity |  |

### NOTICE OF APPEARANCE

Please enter my appearance for the above-named defendant OFFICER MICHAEL MCDONNELL.

By his attorney,

_____
Gerard S. McAuliffe
Law Office of Gerard S. McAuliffe
43 Quincy Avenue
Quincy, MA  02169
(617) 471-0700
BBO# 326740

Dated: February 9, 2004

## CERTIFICATE OF SERVICE

I, Gerard S. McAuliffe, hereby certify that I have on this 9th day of February, 2004 mailed a copy of the enclosed Notice of Appearance first class, postage prepaid to.

Christine Azzinaro, Esquire
275 Martine Street
Fall River, MA 02723

Brenda L. Panaggio, Esquire
275 Martine Street
Fall River, MA 02723

Gerard S. McAuliffe

Dated: February 9, 2004