UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT MUIR ) | |
| ) | CIVIL ACTION No. |
| v. ) | 03 12470-MLW |
| ) | |
| CITY OF ATTLEBORO, THE ATTLEBORO ) | |
| POLICE DEPARTMENT, CHIEF RICHARD ) | |
| PIERCE, in his official and individual capacities, ) | |
| LT. GEORGE BUSSIERE, in his official ) | |
| and individual capacity, OFFICER MICHAEL ) | |
| MCDONNELL in his official and individual ) | |
| Capacity, OFFICER THOMAS WELLMAN, ) | |
| in his official and individual capacity ) | |

## ASSENTED TO MOTION FOR LEAVE
## TO FILE RESPONSIVE PLEADINGS

Now comes the defendant Michael McDonnell in the above-captioned proceeding and respectfully requests that this Honorable Court grant hisr request for leave to file responsive pleadings late. The Defendant state that the plaintiff has assented to this request.

Respectfully Submitted,
Michael McDonnell
By his attorney,

Gerard S. McAuliffe, Esq.
Law Office of Gerard S. McAuliffe
43 Quincy Avenue
Quincy, MA 02169
(617) 471-0700
BBO # 326740

Assented to:

Christine Azzinaro, Esquire

Brenda L. Panaggio, Esquire

Dated:    February 9, 2004

## CERTIFICATE OF SERVICE

I, Gerard S. McAuliffe, hereby certify that I have on this 9th day of February, 2004 mailed a copy of the enclosed **Assented to Motion for Leave to File Responsible Pleadings** first class, postage prepaid to.

Christine Azzinaro, Esquire
275 Martine Street
Fall River, MA 02723

Brenda L. Panaggio, Esquire
275 Martine Street
Fall River, MA 02723

_____
Gerard S. McAuliffe

Dated: February 9, 2004