UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

| | |
|---|---|
| ROBERT MUIR,<br>　　Plaintiff,<br><br>v.<br><br>CITY OF ATTLEBORO, ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacities, OFFICER MICHAEL McDONNELL, in his official and individual capacities, and OFFICER THOMAS WELLMAN, in his official and individual capacities,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' SPECIAL MOTION TO DISMISS COUNTS I THROUGH VII OF PLAINTIFF'S COMPLAINT UNDER M.G.L. Ch. 231, § 59H, AND REQUEST FOR ORAL ARGUMENT**

The defendants, City of Attleboro, the Attleboro Police Department, Chief Richard Pierce, Captain George Bussiere, Officer Michael McDonnell[1] and Officer Thomas Wellman, specially move to dismiss Counts I through VII of the plaintiff's Complaint (plaintiff's state law claims) pursuant to M.G.L. c. 231, § 59H, the Massachusetts Anti-SLAPP Statute. As grounds therefor, the defendants state that plaintiff's state law claims against them are based upon defendants' petitioning activities alone. Office One, Inc. v. Lopez, 437 Mass. 113, 122 (2002); Duracraft Corp. v. Holmes Prods. Corp., 427 Mass. 156, 161 (1998). Moreover, the

---

[1] In his official capacity only.

plaintiff cannot demonstrate that such activities were devoid of any factual support or any arguable basis in law. Donovan v. Gardner, 50 Mass. App. Ct. 595, 599 (2000), quoting Duracraft Corp., supra, 427 Mass at 165.

In support of this Motion, the defendants submit the following documents attached hereto:

1. Plaintiff's Complaint;

2. Affidavit of Thomas Wellman, and Exhibits "A" through "C" attached thereto; and

3. Memorandum of Law in Support of Defendants' Special Motion to Dismiss Under M.G.L. Chapter 231, Section 59H.

WHEREFORE, the defendants request that this Court allow their Special Motion to Dismiss and dismiss Counts I through VII of the plaintiff's Complaint.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants hereby request oral argument on their Special Motion to Dismiss, based on defendants' belief that oral argument may assist the Court

in deciding the issues contained herein.

                The Defendants,
CITY OF ATTLEBORO,
ATTLEBORO POLICE DEPARTMENT,
CHIEF RICHARD PIERCE,
CAPTAIN GEORGE BUSSIERE,
OFFICER MICHAEL McDONNELL (in his official capacity only) and OFFICER THOMAS WELLMAN,

By their attorneys,

John J. Davis, BBO #115890
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: February 13, 2004

*CERTIFICATE OF SERVICE*
*I certify that a true copy of the above document was served upon the attorney of record for each other party by me. 2/13/04*