UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

| | |
|---|---|
| ROBERT MUIR,<br>    Plaintiff,<br><br>v.<br><br>CITY OF ATTLEBORO, ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacities, OFFICER MICHAEL McDONNELL, in his official and individual capacities, and OFFICER THOMAS WELLMAN, in his official and individual capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendants, City of Attleboro, the Attleboro Police Department, Chief Richard Pierce, Captain George Bussiere, Officer Michael McDonnell[1] and Officer Thomas Wellman, hereby certifies, pursuant to Local Rule 7.1(A)(2), that on February 13, 2004, I attempted in good faith to confer with plaintiff's counsel, Cristina Azzinaro, in order to resolve

---

[1] In his official capacity only.

or narrow the issues set forth in Defendants' Special Motion to Dismiss.

                                   The Defendants,
CITY OF ATTLEBORO,
ATTLEBORO POLICE DEPARTMENT,
CHIEF RICHARD PIERCE,
CAPTAIN GEORGE BUSSIERE,
OFFICER MICHAEL McDONNELL (in his official capacity only) and OFFICER THOMAS WELLMAN,

By their attorneys,

_____
John J. Davis, BBO #115890
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 2/13/04.

Dated: February 13, 2004

-2-