A-1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

ROBERT MUIR )
)
) CIVIL ACTION No.
v. ) 03 12470-MLW
)
CITY OF ATTLEBORO, THE ATTLEBORO )
POLICE DEPARTMENT, CHIEF RICHARD )
PIERCE, in his official and individual capacities, )
LT. GEORGE BUSSIERE, in his official )
and individual capacity, OFFICER MICHAEL )
MCDONNELL in his official and individual )
Capacity, OFFICER THOMAS WELLMAN, )
in his official and individual capacity )
)

**CERTIFICATION PURSUANT TO LR 16.1(D)(3)**

Defendant Officer MICHAEL MCDONNELL and his counsel, hereby certify that they have conferred as to the following:

(a) To establish a budget for the full course of the litigation; and
(b) To consider resolution of this matter through alternative dispute resolution.

Dated this 17th day of February, 2004.

DEFENDANT

*/s/ Michael McDonnell*
MICHAEL MCDONNELL

By his attorney,

*/s/ Gerard S. McAuliffe*
Gerard S. McAuliffe
Law Office of Gerard S. McAuliffe
43 Quincy Avenue
Quincy, MA 02169
(617) 471-0700
BBO# 326740

# LAW OFFICE OF GERARD S. McAULIFFE
P.O BOX 690453
43 QUINCY AVENUE
QUINCY, MASSACHUSETTS 02169

GERARD S. McAULIFFE
PATRICK K. FAHERTY
EDWARD P. HEBERT

TEL: (617) 471-0700
FAX (617) 471-0785
E-MAIL: GSMCA43@AOL.COM

*FILED CLERK'S OFFICE*
*2004 FEB 20 A 11: 46*
*DISTRICT COURT*
*OF MASS.*

February 18, 2004

Civil Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:    Robert Muir v. City of Attleboro, et als.
              Docket No: 03-12470-MLW

Dear Sir/Madam:

    Enclosed for filing please find Certification Pursuant to L.R. 16.1(D)(3) in the above-entitled action.

    Thank you for your cooperation in this matter.

Very truly,

GERARD S. MCAULIFFE

GSM/ljh

Enclosure