THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MASSACHUSETTS

Civil Action No. 03 12470 MLW

**ROBERT MUIR,** *Plaintiff* )
)
Vs. )
)
**CITY OF ATTLEBORO, THE ATTLEBORO**
**POLICE DEPARTMENT, CHIEF RICHARD PIERCE,**
**in his official and individual capacities, LT. GEORGE**
**BUSSIERE, in his official and individual capacity,**
**OFFICER MICHAEL MCDONNELL, in his official and**
**individual capacity, OFFICER THOMAS WELLMAN,**
**in his official and individual capacity,** *Defendants*

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL
MOTION TO DISMISS COUNTS I THROUGH VII
OF PLAINTIFF'S COMPLAINT**

The plaintiff, Robert Muir, opposes defendants, City of Attleboro, the Attleboro Police Department, Chief Richard Pierce, Captain George Bussiere, Officer Michael McDonnell and Officer Thomas Wellman's Special Motion to Dismiss Counts I through VII of plaintiff's complaint. As reasons therefore, plaintiff states that the Massachusetts Anti-SLAPP Statute is a state procedural rule not applicable in diversity actions in federal court. Further, a petition filed by a governmental entity is not protected by M.G.L. c. 231 § 59H in that the governmental entity is beyond its scope of parties that the statute seeks to protect. Notwithstanding defendants' lack of protection under the Anti-SLAPP statue, Plaintiff can demonstrate that defendants' activities are wholly devoid of any reasonable factual support or nay arguable basis of the law.

02110 and Gerard S. McAuliffe, Esq. at 43 Quincy Avenue, Quincy,

In support of this Opposition to defendants' Special Motion to Dismiss, the plaintiff submits the following documents attached hereto:

1. Memorandum of Law in support of plaintiff's Opposition to defendant's Special Motion to Dismiss under M.G.L., c. 231, § 59H, and Exhibits thereto; and

2. Affidavits of Robert Muir, Sylvia J. Day and Debra Maynard

**WHEREFORE**, the plaintiff requests that this Court deny defendants' Special Motion to Dismiss and allow attorneys fees and costs for defending said Special Motion.

Respectfully submitted,
ROBERT MUIR
By his Attorneys

Cristina Azzinaro, Esq.
275 Martine Street, Suite 206
Fall River, MA  02723
Tel. (508) 837-6464
BBO No. 653 953

Brenda L. Panaggio, Esq.
275 Martine Street, Suite 206
Fall River, MA  02723
Tel. (508) 679-2295
BBO No. 754 602

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon John Davis, Esq. at Pierce Davis & Perrittano, LLP at Ten Winthrop Square, Boston, MA 02110 and Gerard S. McAuliffe, Esq. at 43 Quincy Avenue, Quincy, MA 02169 the attorney of record for each other party by mail on this 27th day of February, 2004.