UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

ROBERT MUIR,
    Plaintiff,

v.

CITY OF ATTLEBORO, ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacities, OFFICER MICHAEL McDONNELL, in his official and individual capacities, and OFFICER THOMAS WELLMAN, in his official and individual capacities,
    Defendants.

## MOTION OF DEFENDANTS[1] FOR LEAVE TO FILE REPLY MEMORANDUM

On or about February 13, 2004, the defendants filed a Special Motion to Dismiss Counts I Through VII of Plaintiff's Complaint Under M.G.L. Ch. 231, § 59H[2] (together with the Affidavit of Thomas F. Wellman), as well as a Memorandum in Support of their Motion. Thereafter, on or about February 27, 2004, the plaintiff filed an Opposition to defendants' Special Motion to Dismiss (together with Affidavits of Robert Muir, Sylvia J. Day and Debra Maynard),[3] as well as a Memorandum in Support of his Opposition.

---

[1] This Motion is submitted on behalf of the City of Attleboro, the Attleboro Police Department, Chief Pierce, Captain Bussiere, Officer Wellman and Officer McDonnell (in his official capacity) only. It is not submitted on behalf of the defendant, Officer McDonnell, in his individual capacity.

[2] M.G.L. c. 231, § 59H, is also known as the Massachusetts Anti-SLAPP Statute.

[3] A request that this Court strike the Affidavit of Sylvia J. Day (an employee of the defendant, City of Attleboro) will be the subject of a separate motion.

In his Memorandum in Opposition, the plaintiff makes certain arguments for why defendants' Special Motion to Dismiss should be denied. Specifically, plaintiff maintains that the Massachusetts Anti-SLAPP Statute is unenforceable by a federal court exercising diversity jurisdiction. Plaintiff further argues that the defendants, as governmental entities and government officials, cannot invoke the protections of the Massachusetts Anti-SLAPP Statute. Finally, plaintiff claims, in his Memorandum in Opposition, that defendants' exercise of their rights of petition were devoid of "any reasonable factual support or any arguable basis in law"; therefore, defendants' Special Motion to Dismiss should be denied.

The defendants seek to respond to the several arguments raised by the plaintiff in his Memorandum in Opposition and, for that reason, have prepared the Reply Memorandum attached hereto. Defendants' Reply Memorandum should assist this Court in understanding the several federalism and statutory issues raised by defendants' Special Motion to Dismiss and plaintiff's Opposition thereto. Accordingly, the defendants request that this Court grant them leave, under Local Rule 7.1(B)(3), to file the attached Reply Memorandum.

The Defendants,
CITY OF ATTLEBORO,
ATTLEBORO POLICE DEPARTMENT, CHIEF
RICHARD PIERCE, CAPTAIN GEORGE
BUSSIERE, OFFICER MICHAEL McDONNELL
(in his official capacity), and OFFICER THOMAS
WELLMAN,

By their attorneys,

John J. Davis, BBO #115890
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: March 12, 2004