UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

| | |
|---|---|
| ROBERT MUIR,<br>　　Plaintiff,<br><br>v.<br><br>CITY OF ATTLEBORO, ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacities, OFFICER MICHAEL McDONNELL, in his official and individual capacities, and OFFICER THOMAS WELLMAN, in his official and individual capacities,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendants, City of Attleboro, the Attleboro Police Department, Chief Richard Pierce, Captain George Bussiere, Officer Thomas Wellman and Officer Michael McDonnell (in his official capacity only), hereby certifies, pursuant to Local Rule 7.1(A)(2), that on March 12, 2004, I attempted in good faith to confer with plaintiff's counsel, Cristina Azzinaro, in order to resolve or narrow the issues set

forth in Defendants' Motion to Strike the Affidavit of Sylvia J. Day.

        The Defendants,
CITY OF ATTLEBORO,
ATTLEBORO POLICE DEPARTMENT,
CHIEF RICHARD PIERCE,
CAPTAIN GEORGE BUSSIERE,
OFFICER THOMAS WELLMAN and
OFFICER MICHAEL McDONNELL (in his official capacity only),

By their attorneys,

_____
John J. Davis, BBO #115890
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

-2-