UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

|  |  |
|---|---|
| ROBERT MUIR,<br>    Plaintiff,<br><br>v.<br><br>CITY OF ATTLEBORO, ATTLEBORO POLICE<br>DEPARTMENT, CHIEF RICHARD PIERCE, in his<br>official and individual capacities, LT. GEORGE<br>BUSSIERE, in his official and individual capacities,<br>OFFICER MICHAEL McDONNELL, in his official and<br>individual capacities, and OFFICER THOMAS<br>WELLMAN, in his official and individual capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendants, City of Attleboro, the Attleboro Police Department,

Chief Richard Pierce, Captain George Bussiere, Officer Thomas Wellman and Officer

Michael McDonnell (in his official capacity only), hereby certifies, pursuant to Local

Rule 7.1(A)(2), that on March 12, 2004, I attempted in good faith to confer with

plaintiff's counsel, Cristina Azzinaro, in order to resolve or narrow the issues set

forth in Defendants' Motion to Strike the Affidavit of Sylvia J. Day.

The Defendants,
CITY OF ATTLEBORO,
ATTLEBORO POLICE DEPARTMENT,
CHIEF RICHARD PIERCE,
CAPTAIN GEORGE BUSSIERE,
OFFICER THOMAS WELLMAN and
OFFICER MICHAEL McDONNELL (in his
official capacity only),

By their attorneys,

John J. Davis, BBO #115890
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

true copy of the
served upon the
ney of record      er party
3/12/04

-2-