```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

```
ROBERT MUIR,                    )
    Plaintiff,                  )
                                )
    v.                          )    C.A. No. 03-12470-MLW
                                )
CITY OF ATTLEBORO, et al.,      )
    Defendants.                 )
```

<u>ORDER</u>

WOLF, D.J.                                          April 2, 2004

It is hereby ORDERED that:

1. Defendants City of Attleboro, Attleboro Police Department, Chief Richard Pierce, Lt. George Bussiere, Officer Michael McDonnell and Officer Thomas Wellman's (collectively, the "Defendants") Motion for Leave to File Reply Memorandum (Docket No. 20) is ALLOWED.

2. The Defendants' Special Motion to Dismiss (Docket No. 12) is DENIED. <u>See</u> <u>Stuborn Ltd. Partnership v. Bernstein</u>, 245 F. Supp. 2d 312 (D. Mass. 2003).

3. The Defendants' Motion to Strike the Affidavit of Sylvia J. Day (Docket No. 23) is MOOT.

```
                              /s/ Mark L. Wolf
                         UNITED STATES DISTRICT JUDGE
```