THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MASSACHUSETTS

Civil Action No. 03 12470 MLW

| | |
|---|---|
| **ROBERT MUIR,** *Plaintiff* | )<br>)<br>) |
| Vs. | )<br>) |
| CITY OF ATTLEBORO, THE ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacity, OFFICER MICHAEL MCDONNELL, in his official and individual capacity, OFFICER THOMAS WELLMAN, in his official and individual capacity, *Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

Plaintiff and his counsel certify herein that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully Submitted,
ROBERT MUIR
By his Attorneys

_____
Cristina Azzinaro, Esq.
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 837-646
BBO No. 653 953

*[signature]*
Brenda L. Panaggio, Esq.
Law Office of Donnelly & Panaggio
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 679-2295
BBO No. 754 602

**CERTIFICATE OF SERVICE**

I herby certify that a true copy of the above document was served upon John Davis, Esq. at Pierce Davis & Perritano, LLP at Ten Winthrop Square, Boston, MA 02110 and Gerard S. McAuliffe, Esq. at 43 Quincy Avenue, Quincy, MA 02169 the attorney of record for each other party by mail this 21st day of May, 2004.

*[signature]*
Brenda Panaggio, Esquire