UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 03 12470 MLW

2004 JUN -7 P 4: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ROBERT MUIR,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| CITY OF ATTLEBORO, THE ATTLEBORO<br>POLICE DEPARTMENT, CHIEF RICHARD PIERCE,<br>in his official and individual<br>capacities, LT. GEORGE BUSSIERE, in<br>his official and individual capacities,<br>OFFICER MICHAEL McDONNELL, in his<br>official and individual capacities,<br>OFFICER THOMAS WELLMAN,<br>in his official and individual capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 16.1 JOINT STATEMENT

The parties respectfully submit this Joint Statement in accordance with Local Rule 16.1(D):

**I.  DISPUTED ISSUES**

1. To what extent, if any, are defendants liable to the plaintiff?

2. What defenses, if any, are available to defendants?

3. What are plaintiff's damages, if any?

**II.  PRE-TRIAL SCHEDULE**

The parties propose the following pre-trial schedule:

(a)  Automatic Disclosure to be completed by June 15, 2004;

(b) Written discovery requests to be filed by July 15, 2004; answers and responses thereto to be filed within the time provided by the Rules;

(c) All fact depositions to be completed by October 31, 2004;

(d) Amendments to pleadings to be filed by November 15, 2004;

(e) Plaintiff's expert witnesses shall be designated by November 30, 2004, and defendants' expert witnesses shall be designated within thirty days after plaintiff's designation; designation of experts shall include disclosure of information required by the Federal Rules of Civil Procedure and /or the Local Rules of the United States District Court for the District of Massachusetts; any expert depositions shall be completed within thirty days after defendants' designation;

(f) All dispositive motions to be filed by February 28, 2005, and oppositions or responses thereto to be filed within thirty days thereafter pursuant to Local Rule 7.1;

(g) A final pre-trial conference will be held per order of the Court.

## III. Depositions

Defendants intend to conduct approximately six depositions during the discovery period. Plaintiff also intends to conduct approximately six depositions during the discovery period.

## IV. Certifications

Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

V.   **Magistrate**

The parties do not consent to a trial by Magistrate at this time.

                    Respectfully submitted
                    ROBERT MUIR
                    By his Attorneys,

/s/ Cristina Azzinaro
Cristina Azzinaro, Esq.
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 837-6464
BBO No. 653953

/s/ Brenda L. Panaggio
Brenda L. Panaggio, Esq.
Law Office of Donnelly & Panaggio
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 679-2295
BBO No. 653953

The Defendants,
CITY OF ATTLEBORO,
ATTLEBORO POLICE DEPARTMENT,
CHIEF RICHARD PIERCE,
CAPTAIN GEORGE BUSSIERE,
OFFICER MICHAEL McDONNELL,[1]
and OFFICER THOMAS WELLMAN,
By their attorneys,

/s/ John J. Davis
John J. Davis, Esq.
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110
Tel. (617) 350-0950
BBO No. 115890

---

[1] In his official capacity only.

The Defendant,
OFFICER MICHAEL McDONNELL,
in his individual capacity,
By his Attorney,

*[signature]*

Gerard S. McAuliffe, Esq.
43 Quincy Avenue
Quincy, MA 02169
Tel. (617) 471-0700
BBO No. 326740

I hereby certify a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) fax on 6/7/04.