UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT MUIR
        Plaintiff        CIVIL ACTION
                                         NO. 03-12470-MLW
   V.

CITY OF ATTLEBORO et al
        Defendants


CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.


PLEASE TAKE NOTICE that the 16b SCHEDULING CONFERENCE scheduled for **JUNE 9, 2004 at 3:30 p.m.** has been CANCELLED. It has been RESCHEDULED for **JUNE 24, 2004 at 4:00 p.m.** before Judge WOLF in Courtroom # 10 on the 5th.


                                                              TONY ANASTAS, CLERK


June 8, 2004                         By: /s/ Dennis O'Leary
Date                                    Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                               [ntchrgcnf.]