UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT MUIR
        Plaintiff        CIVIL ACTION
                                NO. 03-12470-MLW
  V.

CITY OF ATTLEBORO et al
        Defendants


CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.


PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE scheduled for **JUNE 24 2004 at 4:00 p.m.** has been CANCELLED.


                                                      TONY ANASTAS, CLERK


June 22, 2004                 By: /s/ Dennis O'Leary
Date                                    Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                                         [ntchrgcnf.]