UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

FILED
IN CLERKS OFFICE
2004 JUN 22  A 11: 44
U.S. DISTRICT COURT
DISTRICT OF MASS

ROBERT MUIR,
    Plaintiff,

v.

CITY OF ATTLEBORO, ATTLEBORO POLICE
DEPARTMENT, CHIEF RICHARD PIERCE, in his
official and individual capacities, LT. GEORGE
BUSSIERE, in his official and individual capacities,
OFFICER MICHAEL McDONNELL, in his official and
individual capacities, and OFFICER THOMAS
WELLMAN, in his official and individual capacities,
    Defendants.

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the defendant, Richard Pierce, and counsel for the defendants, John J. Davis, Esq., hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Chief Richard Pierce
Attleboro Police Department
12 Union Street
Attleboro, MA 02703

_____
John J. Davis, Esq., BBO No. 115890
PIERCE, DAVIS & PERRITANO, LLP
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on ___6/21/04___