```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

<u>ROBERT MUIR</u>
           Plaintiff
                                    CIVIL ACTION
                                    NO. <u>03-12470-MLW</u>
    V.

<u>CITY OF ATTLEBORO et al</u>
           Defendants

                          <u>NOTICE</u>

<u>WOLF, D.J.</u>

    PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>16b SCHEDULING CONFERENCE</u> on <u>NOVEMBER 9, 2004</u> at <u>3:00</u> P.M. before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u> floor. The parties shall file a revised joint statement/proposed pre-trial schedule by NOVEMBER 2, 2004.

                                            TONY ANASTAS, CLERK

<u>September 29, 2004</u>        By:  <u>/s/ Dennis O'Leary</u>
Date                               Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96) [ntchrgcnf.]