UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

|  |  |
|---|---|
| ROBERT MUIR,<br>    Plaintiff,<br><br>v.<br><br>CITY OF ATTLEBORO, THE ATTLEBORO<br>POLICE DEPARTMENT, CHIEF RICHARD PIERCE,<br>in his official and individual<br>capacities, LT. GEORGE BUSSIERE, in<br>his official and individual capacities,<br>OFFICER MICHAEL McDONNELL, in his<br>official and individual capacities,<br>OFFICER THOMAS WELLMAN,<br>in his official and individual capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 16.1 JOINT STATEMENT

The parties respectfully submit this Joint Statement in accordance with Local Rule

16.1(D):

**I.    DISPUTED ISSUES**

1.  To what extent, if any, are defendants liable to the plaintiff?

2.  What defenses, if any, are available to defendants?

3.  What are plaintiff's damages, if any?

**II.    PRE-TRIAL SCHEDULE**

The parties propose the following pre-trial schedule:

(a)    Automatic Disclosure to be completed by November 19, 2004;

(b)    Written discovery requests to be filed by January 14, 2005; answers and responses thereto to be filed within the time provided by the Rules;

(c)    All fact depositions to be completed by May 27, 2005;

(d)    Amendments to pleadings to be filed by June 10, 2005;

(e)    Plaintiff's expert witnesses shall be designated by July 8, 2005, and defendants' expert witnesses shall be designated within thirty days after plaintiff's designation; designation of experts shall include disclosure of information required by the Federal Rules of Civil Procedure and /or the Local Rules of the United States District Court for the District of Massachusetts; any expert depositions shall be completed within thirty days after defendants' designation;

(f)    All dispositive motions to be filed by September 9, 2005, and oppositions or responses thereto to be filed within thirty days thereafter pursuant to Local Rule 7.1;

(g)    A final pre-trial conference will be held per order of the Court.

**III.    Depositions**

Defendants intend to conduct approximately six depositions during the discovery period. Plaintiff also intends to conduct approximately six depositions during the discovery period.

**IV.    Certifications**

Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

**V.**     **Magistrate**

The parties do not consent to a trial by Magistrate at this time.

Respectfully submitted
ROBERT MUIR,
By his Attorneys,

Cristina Azzinaro, BBO #653953
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 837-6464

Brenda L. Panaggio, BBO #654702
Law Office of Donnelly & Panaggio
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 679-2295

The Defendants,
CITY OF ATTLEBORO,
ATTLEBORO POLICE DEPARTMENT,
CHIEF RICHARD PIERCE,
CAPTAIN GEORGE BUSSIERE,
OFFICER MICHAEL McDONNELL,[1]
and OFFICER THOMAS WELLMAN,
By their attorneys,

John J. Davis, BBO #115890
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110
Tel. (617) 350-0950

---

[1] In his official capacity only.

The Defendant,
OFFICER MICHAEL McDONNELL,
in his individual capacity,
By his Attorney,

_Gerard S. McAuliffe_

Gerard S. McAuliffe, BBO #326740
43 Quincy Avenue
Quincy, MA 02169
Tel. (617) 471-0700

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney
of record for each (other) party by mail
(by hand) on _____ on 11/3/04.