UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA03-12470

| Robert Muir | City of Attleboro |
|---|---|
| PLAINTIFF | DEFENDANT |
| Cristina Azzinaro | Robert Ludlum |
|  | Gerard McAuliffe |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                    REPORTER  Twomey

CLERK'S NOTES

| DATES: | Scheduling Conference |
|---|---|
| 11/9/04 | Lead counsel for defendants not present for today's conference. Court orders that he file by 11/16/04 an affidavit explaining why he is not present and why he should not be sanctioned. Court establishes a pre-trial schedule for the case. Scheduling order to issue. |