UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ROBERT MUIR,                      )
     Plaintiff,                   )
                                  )
     v.                           )    C.A. No. 03-12470-MLW
                                  )
CITY OF ATTLEBORO, et al.,        )
     Defendants.                  )
```

ORDER

WOLF, D.J.                                          November 10, 2004

As stated at the November 9, 2004 conference, it is hereby ORDERED that:

1. John J. Davis, Esq. shall, by November 16, 2004, submit an affidavit seeking to show cause why he should not be sanctioned, pursuant to Federal Rule of Criminal Procedure 16(f), for his failure to attend the November 9, 2004 scheduling conference as required by the attached notice of scheduling conference.

2. The parties shall comply with the attached scheduling order.

                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE