UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

|  |  |
|---|---|
| ROBERT MUIR,<br>     Plaintiff,<br><br>v.<br><br>CITY OF ATTLEBORO, ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacities, OFFICER MICHAEL McDONNELL, in his official and individual capacities, and OFFICER THOMAS WELLMAN, in his official and individual capacities,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUIRED AUTOMATIC DISCLOSURE
## BY THE DEFENDANTS

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A) of the United States District Court for the District of Massachusetts, the defendants, CITY OF ATTLEBORO, ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacities, OFFICER MICHAEL McDONNELL, in his official capacity only, and OFFICER THOMAS WELLMAN, in his official and individual capacities, hereby make the following "initial disclosures" based on the information reasonably available to them at present:

    A.    Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

        1.    Jason H. McDonnell, 9 John Williams Street, Attleboro, MA 02703 (508) 223-1834

        2.    Michael McDonnell II, 9 John Williams Street, Attleboro, MA 02703 (508) 223-1834

        3.    Nick Campbell, 186 County Street, Attleboro, MA, 02703 (508) 455-1353

4.    Miles Tingley, 6 Rathbun Willard Drive, Attleboro, MA, 02703
       (508) 223-1834

5.    Durell Blanchard, 54 South Ave, Apt. #E, Attleboro, MA, 02703
       (508) 226-8693

6.    Lisa McDonnell, 9 John Williams Street, Attleboro, MA 02703
       (508) 223-1834

7.    Sylvia Day, A. Irvin Studley Elementary School, 299 Rathbun Willard Drive,
       Attleboro, MA 02703
       (508) 222-2621

8.    Patrick Marshall, 46 Benefit Street, Attleboro, MA, 02703
       (508) 223-4578

9.    Chief Richard Pierce, 12 Union Street, Attleboro, MA 02703
       (508) 222-1212

10.    Captain George Bussiere, 12 Union Street, Attleboro, MA 02703
        (508) 222-1212

11.    Officer Thomas Wellman, 12 Union Street, Attleboro, MA 02703
        (508) 222-1212

12.    Officer Michael McDonnell, 12 Union Street, Attleboro, MA 02703
        (508) 222-1212

13.    Debra Maynard, Studley Elementary School, 299 Rathbun Willard Drive,
        Attleboro, MA 02703
        (508) 222-2621

14.    Vanessa Beauchaine, Studley Elementary School, 299 Rathbun Willard
        Drive, Attleboro, MA 02703
        (508) 222-2621

15.    Sharon Thurber, Studley Elementary School, 299 Rathbun Willard Drive,
        Attleboro, MA 02703
        (508) 222-2621

16.    Christopher Haskins, Studley Elementary School, 299 Rathbun Willard
        Drive, Attleboro, MA 02703
        (508) 222-2621

17. Diane Tremblay, Studley Elementary School, 299 Rathbun Willard Drive, Attleboro, MA 02703
(508) 222-2621

18. Principal Joseph L. Mackey, Cyril K. Brennan Middle School, 320 Rathbun Willard Drive, Attleboro, MA 02703
(508) 222-6260

The individuals listed in Paragraphs 1-18 above are expected to have information regarding the substance of plaintiff's allegations. More specifically, they will testify to, among other things, (1) the fight that occurred behind the Studley Elementary School on or about January 6, 2003; (2) the plaintiff's response to the fight; (3) the plaintiff's treatment of Michael McDonnell II after the fight; (4) Michael McDonnell II's subsequent complaints of such treatment; (5) the Attleboro Police Department investigation; and (6) the criminal proceedings in Attleboro District Court.

B.   Documents relevant to disputed facts alleged with particularity in the pleadings:

1. Voluntary Statement Form of Jason H. McDonnell 1/7/03

2. Summons - Incident No. 3010419

3. Application For Complaint No. 0224 CSC 79

4. Attleboro Police Department Daily Log 1/6/03

5. CAD Incident Summary printout

6. The Commonwealth of Massachusetts Department of Education letter to Mr. McDonnell 4/4/03

7. Summary of Altercation of 1/6/03 by Principal Joseph L. Mackey

8. Letter to Dr. Ronald Pacy from Sylvia J. Day 1/17/03

9. Statement of Debra Maynard 1/15/03

10. Statement of Diane Tremblay

11. Statement of Christopher Haskins to Dr. Ronald Pacy 1/16/03

12. Statement of Sharon Thurber 1/20/03

13.    Statement of Vanessa Beauchaine to Principal Sylvia Day 1/15/03

14.    Court/Appearance/Disposition/Default Record - Attleboro Police Department

C.    Damages claimed: No counterclaims have been asserted.

D.    Insurance – The defendants are insured under a policy issued by Redland Insurance Company, a copy of which the defendants agree to make available to the plaintiff.

The Defendants,
By their attorneys,

PIERCE, DAVIS,& PERRITANO, LLP

John J. Davis, BBO #115890
Pierce, Davis,& Perritano, LLP
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

November 19, 2004

I h̲e̲r̲e̲b̲y̲ ̲c̲e̲r̲t̲i̲f̲y̲ ̲t̲h̲a̲t̲ ̲a̲ ̲t̲r̲u̲e̲ copy of the
above doc̲u̲m̲e̲n̲t̲ ̲w̲a̲s̲ served upon (each
party app̲e̲a̲r̲i̲n̲g̲ ̲p̲r̲o̲ ̲s̲e̲ and) the attorney
of record fo̲r̲ ̲e̲a̲c̲h̲ ̲o̲t̲h̲er) party by mail
(by hand) on ̲ ̲1̲1̲/̲1̲9̲/̲0̲4̲

-4-

COPY

SHIFT 3

ATTLEBORO POLICE DEPARTMENT

DAILY LOG

01/06/2003

MON

| Time | Abs Type | Hrs | Officer | Beat | Unit Car Radio | Init | Begin Miles |
|------|----------|-----|---------|------|----------------|------|-------------|
| 1600 | 3701 | 8 | LT DION, T | CO | 1B//P11 | ted | |
| 1600 | 3701 | 8 | TENNANT, M | DISP | DESK// | met | |
| 1600 | 3701 | 8 | FITTON, C | DISP | DESK// | caf | |
| 1600 | 3702 | 8 | PTL DAGOSTINO, G | SOUTH1 | 02/03/P28 | gabe | |
| 1600 | 3702 | 3 | PTL HALE, R | SOUTH2 | 2A/17/P35 | rch | |
| 1600 | 3702 | 8 | PTL MORRISON, S | EAST2 | 3A/04/P45 | swm | |
| 1600 | 3702 | 6 | PTL MCKEARNEY, R | WEST1 | 04/05/P43 | rvm | |
| 1600 | 3702 | 7 | PTL BENNETT, W | STAG1 | 05/15/P18 | wgb | |
| 1600 | 3702 | 7 | PTL ENEGREN, J | STAG2 | 5A/09/P31 | jne | |
| 1600 | 3702 | 8 | PTL PARKINSON, J | MDC1 | 06/11/P51 | jpp | |
| 1600 | 3702 | 8 | PTL COTE, J | MDC2 | 6A/12/P27 | jec | |
| 1600 | 3703 | 8 | SGT OTRANDO, J | DET | D6/19/P49 | jao | |
| 1600 | 3708 | 8 | PTL COOK, T | OFF VACATION | // | tdc | |
| 1600 | 3704 | 3 | PTL SENAY, M | OFF SICK | // | mhs | |
| 1600 | 3704 | 8 | LT VELINO, L | OFF SICK | // | lrvl | |
| 1900 | 3702 | 5 | PTL SENAY, M | WEST2 | 4A/23/P58 | mhs | |
| 1900 | 3702 | 5 | PTL HALE, R | OFF SICK | // | rch | |
| 2230 | 3708 | 2 | PTL MCKEARNEY, R | OFF VACATION | // | rvm | |
| 2300 | 3702 | 1 | PTL WOODHEAD, R | STAG1 | 05/09/P | rfw | |
| 2300 | 3702 | 1 | PTL LAPORTE, T | STAG2 | 5A/07/P38 | tdl | |

| Rec | Geo | Icode | Unit | Acode | Principals | Location | Type | Off | INumber |
|-----|-----|-------|------|-------|------------|----------|------|-----|---------|
| 1610 | 44 | 3100 | 5A | 100 | LEFT PRIOR | PAPA GINOS PIZZA | MISC | jne | 03010420 |
| 1613 | 37 | 3303 | 6A | 660 | HENRIQUESWEENEY/BEAULIEU | 239 BISHOP ST | MVA PROP | jec | 03010421 |
| 1621 | F | 2401 | 02 | 100 | UNFOUNDED | GEORGE IDE DR | TRESPASS | gabe | 03010422 |
| 1636 | 40 | 3602 | 06 | 300 | CHURCHILL | 100 UNION ST | SUMMONS | jpp | 03010423 |
| 1644 | 7 | 3303 | 2A | 601 | GRASSO/CHHERL-TAHLEY | 505 COLLINS ST | MVA PROP | rch | 03010424 |
| 1648 | 38 | 2700 | 3A | 100 | UNFOUNDED | BLISS BROS DAIRY | SUSP ACT | swm | 03010425 |
| 1656 | 50 | 3602 | 06 | 300 | LEQUIN JOSEPH | 19 PROSPECT ST | SUMMONS | jpp | 03010426 |
| 1701 | 34 | 3602 | 3A | 300 | MACKENZIE | 755 OAKHILL AVE | SUMMONS | swm | 03010427 |
| 1710 | 15 | 3602 | 3A | 301 | PEDERSEN | 999 READ ST | SUMMONS | swm | 03010428 |
| 1712 | 39 | 3602 | 5A | 301 | CABRAL | 12 LAFAYETTE ST | SUMMONS | jne | 03010429 |
| 1716 | 33 | 3602 | 5A | 301 | GORMAN | 6 DEXTER ST | SUMMONS | jne | 03010430 |
| 1729 | | 3405 | 3A | 500 | POND/MIKES TOWED | FISHER ST & THACHER ST | ABN M/V | swm | 03010431 |

Page 1

SHIFT 3
ATTLEBORO POLICE DEPARTMENT
DAILY LOG

01/06/2003
MON

| 1749 | 44 | 2004 | D6 | 900 | RODRIGUES | 27 FALMOUTH ST | DOMESTIC | jao jec | 03010432 |
|------|----|------|----|-----|-----------|----------------|----------|---------|----------|
| 1750 | 21 | 3602 | 6A | 300 | DUPHILLY | 26 SNELL ST | SUMMONS | jec rvm | 03010433 |
| 1754 |    | 3407 | 2A | 600 | SILVA | WASHINGTON ST & BROWN ST | M/V STOP | rch | 03010434 |
| 1758 | 21 | 3602 | 6A | 300 | SHAFFER | 24 CARLON ST | SUMMONS | rvm | 03010435 |
| 1820 |    | 3303 | 5A | 660 | FILIPE/MATURO | COUNTY ST & PHILLIPS ST | MVA PROP | jne | 03010436 |
| 1832 | 14 | 3205 | 04 | 904 | EA DION INC | 33 FRANKLIN MCKAY DR | BURG ALR | rvm jpp | 03010437 |
| 1923 | 39 | 2700 | 3A | 904 | A'VANT-DEISHINNI/WALKER | 54 JAMES ST | SJSP ACT | swm jec | 03010438 |
| 1939 | 6 | 3407 | 02 | 600 | REAVEY CHRISTOPHER | MCDONALDS HAMBURGERS | M/V STOP | gabe | 03010439 |
| 1948 | F | 3102 | 4A | 300 | GOOD | MBTA UPTOWN | ASST CIT | mhs | 03010441 |
| 1949 | 16 | 2600 | 3A | 900 | RYDER SOMMER | 290 OAKHILL AVE | PHONE | swm | 03010440 |
| 1953 | 44 | 2300 | 3A | 100 | LEFT PRIOR | HIGHLANDER LAUNDRY | P I | swm rvm | 03010442 |
| 2000 | 44 | 2300 | 3A | 401 | MORRISSEY MARK | PAPA GINOS PIZZA | P I | swm | 03010443 |
| 2046 | 44 | 3602 | 6A | 301 | PEREZ | 18 FALMOUTH ST | SUMMONS | jec | 03010444 |
| 2052 | 1 | 3303 | 02 | 900 | PEREIRA DANIEL | 44 BRETTONWOODS DR | MVA PROP | gabe | 03010445 |
| 2105 | 45 | 2400 | 5A | 200 | WEAVER | 20 HORTON ST | DISTURBA | jne wgb | 03010446 |
| 2113 |    | 3407 | 5A | 601 | PEDERSEN ESTER | COUNTY ST & THIRTEENTH ST | M/V STOP | jne | 03010447 |
| 2116 | 20 | 3602 | 4A | 300 | RAPOZA | 717 COUNTY ST | SUMMONS | mhs | 03010448 |
| 2122 | 22 | 3602 | 4A | 300 | VONG | 22 MELODY DR | SUMMONS | mhs | 03010449 |
| 2221 |    | 3407 | 06 | 660 | HOBBIT | UNION ST & MILL ST | M/V STOP | jpp | 03010450 |
| 2253 | 4 | 3406 | 02 | 505 | ELDERKIN | WASHINGTON ST & HIGHLAND AVE | DIS M/V | gabe | 03010451 |
| 2322 | F | 3407 | 02 | 660 | ADAMS RALPH | RTE 95N | M/V STOP | gabe | 03010452 |
| 2330 | 21 | 2400 | 4A | 904 | DUVALL | 19 SNELL ST | DISTURBA | mhs tdl | 03010453 |
| 2348 | 38 | 3205 | 5A | 904 | GLINES & RHODES | 189 EAST ST | BURG ALR | tdl swm | 03010454 |

--------------------------------------------------------------------------------------------

| Defendent | Address | Charges |
|-----------|---------|---------|

--------------------------------------------------------------------------------------------

SHIFT 2
ATTLEBORO POLICE DEPARTMENT
DAILY LOG

01/06/2003
MON

1559  30   0901  CAR17900   MCDONNELL        STUDLEY SCHOOL              AS SIMPL        LFW      03010419

Defendent           Address                           Charges

SHIFT 2

ATTLEBORO POLICE DEPARTMENT

DAILY LOG

01/06/2003

MON

| Time | Abs Type | Hrs | Officer | Beat | Unit Car Radio | Init | Begin Miles |
|------|------|-----|---------|------|------|------|-------|
| 0800 | 3701 | 8 | CHF PIERCE, R | CHIEF | 01/01/P2 | rjp | |
| 0800 | 3701 | 8 | CPT FITTON, J | CO | 1B//P4 | jef | |
| 0800 | 3701 | 8 | SPELLMAN, S | DISP | DESK// | sls | |
| 0800 | 3701 | 8 | ROGERS, R | DISP | DESK// | rcr | |
| 0800 | 3702 | 8 | PTL BLACKWELL, K | SOUTH1 | 02/03/P68 | ksb | |
| 0800 | 3702 | 7 | PTL GOSSELIN, W | SOUTH2 | 05/15/P34 | wgg | |
| 0800 | 3702 | 8 | SGT MCDONNELL, M | EAST1 | 03/12/P42 | mml | |
| 0800 | 3702 | 8 | PTL WELLMAN, T | WEST1 | 04/17/P63 | tfw | |
| 0800 | 3702 | 8 | PTL APONTE, A | MDC1 | 06/16/P16 | ala | |
| 0800 | 3702 | 8 | PTL CASTRO, R | MDC2 | 6A/14/P25 | rac | |
| 0800 | 3703 | 8 | LT COLLINS, K | DET/CO | D1/18/P10 | kdc | |
| 0800 | 3703 | 8 | PTL BRILLON, A | DET | D4/20/P23 | ajb | |
| 0800 | 3701 | 8 | CPT BUSSIERE, G | COURT1 | C1//P3 | ggb | |
| 0800 | 3701 | 8 | PTL PALMER, R | COURT2 | C2//P50 | rnp | |
| 0800 | 3701 | 8 | CPT MONTE, A | SERV/CO | S1//P14 | apm | |
| 0800 | 3701 | 8 | PTL SPROUL, J | SERV/2 | S2//P60 | jws | |
| 0800 | 3701 | 8 | PTL OBRIEN, T | SERV/3 | S3//P48 | tpo | |
| 0800 | 3701 | 8 | LT PROIA, D | ACCREDIT | AC1//P5 | dtp | |
| 0800 | 3701 | 8 | PTL SHEPARD, S | DARE1 | J1//P59 | sms | |
| 0800 | 3701 | 7 | OLIVEIRA, D | CLERK1 | /! | dao | |
| 0800 | 3701 | 7 | MCGLASHAN, J | CLERK2 | // | jm | |
| 0800 | 3719 | 8 | PEREIRA, K | DOGOF | 19// | kmp | |
| 0800 | 3701 | 7 | COSTA, J | MECH | G1// | jcl | |
| 0800 | 3701 | 6 | PAQUETTE, E | CUST | // | ep | |
| 0800 | 3702 | 8 | PTL RAMOS, R | PATROL DIVISION | // | rfr | |
| 0800 | 3721 | 8 | PTL MALLEY, J | IN SERVICE TRAINING | // | jrm | |
| 0800 | 3706 | 8 | PTL FORRESTAL, B | OFF T/OWED | // | bgf | |
| 0800 | 3708 | 8 | PTL BEAUDET, S | OFF VACATION | // | smb | |
| 0800 | 3708 | 8 | LT BREWER, B | OFF VACATION | // | btb | |
| 1200 | 3701 | 4 | GIBBS, J | CUST | // | jg | |
| 1500 | 3702 | 1 | PTL BENNETT, W | STAG1 | 05/15/P18 | wgb | |
| 1500 | 3702 | 1 | PTL ENEGREN, J | STAG2 | 5A/09/P | jne | |
| 1500 | 3702 | 1 | PTL MCKEARNEY, R | STAG3 | 07/05/P43 | rvm | |

| Rec | Geo | Icode | Unit | Acode | Principals | Location | Type | Off | INumber |
|-----|-----|-------|------|-------|-----------|----------|------|-----|---------|

SHIFT 2
ATTLEBORO POLICE DEPARTMENT
DAILY LOG

01/06/2003
MON

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0810 | 42 | 3104 | 06 | 300 | ORTIZ/SANTIAGO | ATTLE DISTRICT COURT | P TRANSP | ala | 03010376 |
| 0822 | 38 | 3205 | 03 | 904 | UNITED WAY | UNITED WAY | BURG ALR | mml rac | 03010377 |
| 0831 | 42 | 3104 | 04 | 300 | SMITH | ATTLE DISTRICT COURT | P TRANSP | tfw | 03010378 |
| 0833 | 25 | 2700 | 6A | 904 | FISHER | 150 COMMONWEALTH AVE | SUSP ACT | rac tfw | 03010379 |
| 0840 | F | 3303 | 02 | 900 | JOHNSTON | NEWPORT AVE | MVA PROP | ksb | 03010380 |
| 0846 | 33 | 2701 | | 904 | OULLETTE | 847 PARK ST | 911 CALL | | 03010381 |
| 0941 | | 3000 | 19 | 300 | ANIMAL STRUCK | NEWPORT AVE & CARLETON ST | ANIMAL | kmp | 03010382 |
| 0953 | 2 | 2700 | 05 | 904 | MON KOU/WEAVER | 676 WASHINGTON ST | SUSP ACT | wgg | 03010383 |
| 1018 | 44 | 0609 | 03 | 900 | GILMORE | 138 EMORY ST | LARC OTH | mml ala | 03010384 |
| 1031 | 38 | 3604 | 06 | 300 | COSTA | 91 GEORGE ST | WARR OTH | ala | 03010385 |
| 1032 | 15 | 3203 | 05 | 900 | POMPEII | 28 TERRY DR | SUDDEN D | wgg kdc | 03010386 |
| 1049 | 6 | 3205 | 02 | 904 | COVIELLO DENNIS | 160 MENDON RD | BURG ALR | ksb | 03010387 |
| 1126 | F | 3407 | 06 | 660 | GARLAND | PLEASANT ST | M/V STOP | ala | 03010388 |
| 1214 | | 3407 | 06 | 600 | FERERRA | PLEASANT ST & GUSTIN AVE | M/V STOP | ala | 03010389 |
| 1234 | 29 | 3308 | 6A | 904 | REIS | 89 ROME BLVD | HIT/RUN | rac | 03010390 |
| 1328 | 38 | 3302 | 03 | 900 | ABREV | MAPLE ST | NVA INJU | mml rac | 03010391 |
| 1338 | 38 | 3408 | 6A | 500 | ABREV | MAPLE ST | M/V TOWE | rac | 03010392 |
| 1341 | 34 | 3303 | 04 | 900 | JEFFREY/GINGRIACH | OAKHILL AVE | MVA PROP | tfw | 03010393 |
| 1351 | F | 3408 | 04 | 500 | JEFFREY MICHAEL | OAKHILL AVE | M/V TOWE | tfw | 03010394 |
| 1354 | 38 | 3105 | | 300 | VERIZON | MAPLE ST | NOTIFICA | | 03010395 |
| 1359 | F | 3105 | | 300 | HIGHWAY DEPT | OAKHILL AVE | NOTIFICA | | 03010396 |
| 1405 | F | 3303 | 6A | 900 | FANION | LATHROP DR | MVA PROP | rac | 03010397 |
| 1411 | F | 3406 | 05 | 100 | UNFOUNDED | RTE 95S | DIS M/V | wgg | 03010398 |
| 1412 | F | 3303 | 06 | 900 | SCHOONMAKER | WEST ST | MVA PROP | ala | 03010400 |
| 1412 | F | 3303 | 02 | 900 | CHARETTE | WEST CARPENTER ST & LORD ST | MVA PROP | ksb | 03010399 |
| 1415 | F | 3408 | 02 | 505 | CHARETTE | WEST CARPENTER ST & LORD ST | M/V TOWE | ksb | 03010401 |
| 1416 | F | 3408 | 06 | 500 | FANION | LATHROP DR | M/V TOWE | ala rac | 03010402 |
| 1420 | | 3303 | | 100 | UNFOUNDED | WEST ST & BERWICK RD | MVA PROP | | 03010403 |
| 1422 | F | 3107 | 05 | 300 | MASS STATE POLICE | RTE 95S | ASST PD | wgg | 03010404 |
| 1425 | 15 | 3303 | 04 | 900 | HICKS | 110 PHILLIPS ST | MVA PROP | tfw | 03010405 |
| 1427 | F | 3302 | 06 | 900 | CASIELLO | WEST ST/STANDLEY TREE | MVA INJU | ala | 03010406 |
| 1434 | F | 3303 | 03 | 900 | MANGIARATTI/SPIVEY | BISHOP ST | MVA PROP | mml | 03010407 |
| 1435 | F | 3304 | 04 | 904 | MCCORMICK | PHILLIPS ST | MVA UNDR | tfw | 03010408 |
| 1447 | F | 3408 | 04 | 500 | HICKS | PHILLIPS ST | M/V TOWE | tfw | 03010409 |
| 1455 | F | 3408 | 06 | 500 | CASIELLO | WEST ST/STANDLEY TREE | M/V TOWE | ala | 03010410 |
| 1512 | 6 | 3304 | 02 | 100 | EXCHANGED | NEWPORT AVE | MVA UNDR | ksb | 03010411 |
| 1515 | F | 3304 | | 904 | DELFINO/TEIXEIRA | PARK ST | MVA UNDR | | 03010412 |
| 1532 | F | 3303 | 05 | 100 | UNFOUNDED | HIGHLAND AVE | MVA PROP | wgb | 03010413 |
| 1535 | 41 | 3205 | 5A | 904 | ELIS PIZZA | ELIS PIZZA | BURG ALR | jne | 03010414 |
| 1542 | F | 3304 | 07 | 660 | FOSTER | BISHOP ST | MVA UNDR | rvm rac | 03010415 |
| 1547 | 5 | 1100 | D4 | 902 | RICHARDS/PEREZ/RIOS | T J MAXX | FRAUD | ajb | 03010416 |
| 1549 | | 3407 | 06 | 601 | SKAMORSK/MESSIAS | ONEIL BLVD & PARK ST | M/V STOP | ala | 03010417 |
| 1556 | 5 | 3303 | 05 | 660 | CHARLAND | 287 SOUTH ATTLE SQUARE | MVA PROP | wgb | 03010418 |

Page 2

```
View Hit:  Modify  Insert  Delete  First  Last  Next  Prev  HitList        PRNT
           Output  Report  Quit
Got hit 'a' from page 1

                        CAD Incident Summary
Inc #: 3010419   Rec'd: 01/06/2003 1559   Oper: SLS    Inc Type: 901  AS SIMPL
Location: STUDLEY SCHOOL / 299 RATHBUN WILLARD DR
Descrip:                  Disposition: REPORT REQUIRED   Rept Due: WELLMAN, T
Rept By: MCDONNELL/TFW       Ph:            Addr:
Principle Party: MCDONNELL
Notes:


UNITS      Disp    Resp    OnLoc   Clr
CAR17      160055          160415  162247

NAMES                                     Address          SSN
SU MUIR                ROBERT        23   SHARON ST
VI MCDONNELL   II      MICHAEL        9   JOHN WILLIAMS
VEH    St Reg      Yr Make    Model  Col  Towed?
 /                                                    page 1 of 1
 /
~
```

| APPLICATION FOR COMPLAINT | ☒ ADULT ☐ JUVENILE | 0334 CSC 79 | Court of Massachusetts District Court Department |
|---|---|---|---|

☐ ARREST   ☐ HEARING   ☒ SUMMONS   ☐ WARRANT

Court Division: Attleboro District Court, 88 North Main Street, Attleboro, MA 02703

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 01-13-03 | 01-06-03 | Attleboro |

NAME OF COMPLAINANT
Bussiere, George G

ADDRESS AND ZIP CODE OF COMPLAINANT
12 Union St

Attleboro, Ma

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
Muir, Robert

23 Sheron St

Prov, RI

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | A&B     *Denied* | 265-13A |
| 2. | *5-5-03* | |
| 3. | *4-15-03   10 AM* | |
| 4. | | |

COURT USE ONLY ▶ | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING March 17, 2003 AT | TIME OF HEARING 11:00 AM | COURT USE ◀ ONLY

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Michael McDonnell II | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:

x *George G Bussiere*
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH 01-25-58 | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX M | RACE W | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| OCCUPATION Teacher | EMPLOYER/SCHOOL City of Attleboro (Studley School) | MOTHER'S NAME (MAIDEN) | | FATHER'S NAME | | | | |

# Attleboro Police Department
### Court Appearance/Disposition/Default Record

Incident No: <u>03-01-0419</u>                     Docket No:

Defendant **Muir, Robert**                       Bail _____

Address    **23 Sharon St**    City **Prov**    State **RI**    Zip _____

| Chapt/Sect. | Offense | Recommendation | Disposition |
|---|---|---|---|
| 1.265-13A | A&B | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

Witness information:                     Evidence ☐ Yes  ☒ No

| Name | Address | Phone | Summons |
|---|---|---|---|
| 1.McDonnell, Michael II | 9 John Williams St Attleboro, Ma | 508-223-1834 | Yes |
| 2.McDonnell, Jason | Same | Same | Yes |
| 3.Campbell Nick | 186 County St Attleboro, Ma | 508-455-1353 | Yes |
| 4.Tingley, Miles | 6 Rathbun Willard Dr Attleboro, Ma | 508-223-1834 | Yes |
| 5.Marshall, Patrick | 46 Benefit St Attleboro, Ma | 508-223-4578 | Yes |
| 6. | | | |

**Officers:**  Thomas F Wellman

| Court Date | Judge | Prosecutor | Defense Attorney | Why Continued |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ATTLEBORO POLICE DEPARTMENT


Summons


Inc Type : AS SIMPL                       Incident #: 3010419
Location : STUDLEY SCHOOL / 299 RATHBUN WILLARD    Inc Code: 901
Date : 01/06/03  Time: 1559               Geo Code: 30
                                          Report due by: WELLMAN, T

Actual Incident: A&B

Unit(s) Responding: CAR17 ( WELLMAN, T)

---

**Involved Persons:**

  (SU) Name: MUIR, ROBERT    DOB: 01/25/58
  SSN: Height: Weight: Eyes: Hair:
    Address: 23  SHARON ST  PROV RI   Phone: 508-222-2621
  (VI) Name: MCDONNELL  II, MICHAEL    DOB: 02/04/89
  SSN: Height: Weight: Eyes: Hair:
    Address: 9  JOHN WILLIAMS  ATTLEBORO  MA   Phone: 508-223-1834
  (WI) Name: MCDONNELL, JASON   DOB: 03/11/83
  SSN: Height: Weight: Eyes: Hair:
    Address: 9  JOHN WILLIAMS ST  ATTLEBORO  MA   Phone: 508-223-1834
  (WI) Name: CAMPBELL, NICK   DOB: 07/02/89
  SSN: Height: Weight: Eyes: Hair:
    Address: 186  COUNTY ST  ATTLEBORO  MA   Phone: 508-455-1353
  (WI) Name: TINGLEY, MILES   DOB: 07/10/89
  SSN: Height: Weight: Eyes: Hair:
    Address: 6  RATHBUN WILLARD DR  ATTLEBORO  MA   Phone: 508-223-1834
  (WI) Name: MARSHALL, PATRICK   DOB: 06/05/91
  SSN: Height: Weight: Eyes: Hair:
    Address: 46  BENEFIT ST  ATTLEBORO  MA   Phone: 508-223-4578
  (WI) Name: BLANCHARD, DURELL   DOB:
  SSN: Height: Weight: Eyes: Hair:
    Address: 54  SOUTH AVE APT #E  ATTLEBORO  MA   Phone: 508-226-8693

---

Report by 140 **WELLMAN, T**

**Narrative:**

   One the above time and date I was detailed to Studley School for a report
of a teacher grabbing a student.  I was given some information by Officer
Michael McDonnell before going to the call as is was his son Michael
McDonnell II that was the person grabbed.

   Once at the school I spoke with Mrs Sylvia Day and Mr Robert Muir.
Mrs Day stated that she observed a large group behind the school at
approximately 2:40 PM on this day.  She noticed that there was a fight going
on and that she was going to go outside to stop it.  At this time Mr Muir
told her to stay inside and that he would go out to take care of the
incident.  Mrs stated that at some point she observed Mr Muir have a hold of
a male subjects arm who was later identified as Michael McDonnell II as he
was walking him back to the building.  When asked how he was holding the arm

ATTLEBORO POLICE DEPARTMENT

Summons

Incident: 3010419
Taken by: WELLMAN, T

she stated that it was straight out and that it was the left arm. She stated that Mr McDonnell was brought to the office and his parents were notified. When asked how many people were there at the time of the incident started she stated 25-30 kids. When asked if the police were called to help Mrs Day stated no.

I then spoke with Mr Muir who stated that he was in the classroom at the back of the school when he saw a group of 25-30 kids. He stated that he told Mrs Day to stay back and that when he went outside Mr McDonnell was punching away at another boy who was later identified as Patrick Marshall. Worried for the safety of himself and Mr Marshall he grabbed a hold of Mr McDonnell's arm and walked him into the school. He stated that Mr McDonnell told him to let go and Mr Muir told him that he was not going to. He stated that the other subjects that were left after the fight broke up were taken it the school and the officials at Brennan Middle School were called. Mr Muir stated that he placed Mr McDonnell arm behind his back at the time of the incident. Mr Muir stated that a short time later he was approached by a male subject who identified himself as Mr McDonnell's older Jason McDonnell. He stated that they had a brief conversation about the incident and that he gave his name to Jason McDonnell. I advised Mr Muir that there would be some type of court action as the father wanted him charged with A&B.

On 01-07-03 at 11:30 AM Jason McDonnell came to the station to make out a written statement. In his statement he was told by his brother that he was in a fight and that a male subject put his arm behind his back with force. He stated that he went into the school and he spoke with the male subject who later told him his name was Bob Muir. Mr Muir stated yes when asked if he did in fact place Michael's arm behind his back. He stated that Mr Muir then made a statement that he was a ex-cop and that he could do what he wanted. Mr Muir then gave his name and the conversation ended. For more information refer to written statement.

On 01-08-03 at approximately 3PM I went to 9 John Williams St and spoke with three boys that were part of the incident. They were Michael McDonnell II, Nice Campbell and Miles Tingley. At the time Mrs Lisa McDonnell was home as I spoke with each boy by themselves. I first spoke with Michael McDonnell II. Mr McDonnell stated that there was a fight going on between Nick Campbell and Patrick Marshall. He stated that at the time there were several kids watching (25-30). At one point they heard sirens and the group broke up leaving only himself, Miles Tingley, Durell Blanchard and the two boys that were fighting. The fight stopped and then started after someone said that the sirens they heard were not the police. At this time Mr Marshall had Mr Campbell on the ground and in a head-lock. Mr McDonnell then stated that he went to pull Mr Marshall off when he was struck by Mr Marshall with a fist leaving him with a black right eye. Mr McDonnell stated that he then started to fight with Mr Marshall when his left arm was grabbed and placed in the middle of his back by Mr Muir. He told Mr Muir to let him go and that he was hurting him. He then stated that Mr Muir told him that he was a ex-cop of 20 yrs and that he would

Page 2

ATTLEBORO POLICE DEPARTMENT

Summons

Incident: 3010419
Taken by: WELLMAN, T

do what ever he wanted.  Mr McDonnell stated that he was then walked into the building.

I then spoke with Nick Campbell who stated that he had a fight with Mr Marshall over things that were said the past few days at school. He stated that during the fight his shirt was pulled over his head and that is when Mr McDonnell came to his aid. He stated that he watched Mr Muir walk Mr McDonnell back to school with his arm behind his back and that he then was walked back to the school to call his parents.  Mr Campbell stated that he could not hear was was said between Mr Muir and Mr McDonnell.

I then spoke with Mile Tingley who stated that he observed Mr McDonnell's face being red when his arm was behind his back.  He stated that he heard Mr McDonnell stated that his father was a cop and then Mr Muir state back that he was a ex-cop. He was then brought into the building.

On 01-10-03 at 11AM I spoke with Durell Blachard who is a 9 grade student at Attleboro High.  At the time Ms Pat Knox was with him.  Mr Blachard denied being close to the action but he stated that he observed Mr Muir place  Mr McDonnell's arm behind his back and walk him back to the school.  When asked why he was on school grounds he stated that there has been  alot of trouble with a younger friend and he was there to walk them home.

At 11:35AM the same day I went to Brennan Middle School and spoke with Patrick Marshall with Mr Bruce Lynch present.  I also who with Patrick's mother by phone to advised her of the incident and what I had to ask him. I then spoke with Mr Marshall.  He stated that he did not want to fight but he was pushed by Mr Blanchard into Mr Campbell which started it.  He then stated that after a few moments he observed Mr Muir grab Mr McDonnell's arm and place it behind his back and walk him back to the school.  He stated that he was walking away when Mr Muir ran back out and placed his arm behind his back and walk him into the school.  He stated that Mr Muir told him that he was a ex-police officer and that he had saved him from being hurt.  Once in the building he let go of his arm.  I asked him if he was hurt by the incident and he stated no.  I later spoke with his mother who was aware of it and said that it was fine what Mr Muir did.

I then went back to Studely School and advised Mrs Day that charges would be filed for A&B on Mr Muir. No further action taken at this time.

Reporting Officer: _____

Shift Commander: _____          Refer To:_____

# ATTLEBORO POLICE DEPARTMENT

## -VOLUNTARY STATEMENT FORM-

Check one of the following:

- ✓ Statement of Witness
- Statement of Complainant
- Statement of Defendant
- Statement of Police Officer
- Voluntary Statement

Report #: 03-61-0419
Officer(s): T. Wallman
Time: 11:56 AM
Date: 01/06/03
Place: APD

Name: McDonnell          Jason          M
(Last)          (First)          (MI)

Date of Birth: 3/11/83    Social Security Number: 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

Home Address: 9 John Williams    Attleboro    Ma.    02703
(Street)          (City or Town)    (State)    (ZIP)

Business Address: _____

Telephone: Home: (508) 223-1834    Business: _____

I, Jason M. McDonnell ; voluntarily make the following statement(s) of my own free will, for whatever purposes it may serve, without threats or promises of any kind.

JHM On Jan. 6 2003 I picked my brother up at study school after he was in a fight. When in my truck he told me that a man had pulled his arm up around his back with force. When told he was not kiddin I went back into study to get the mans name. In the school Michael my brother said that it was the man walking down the hall. I stoped the man and asked him his name. He said "who are you" I told the older brother. He said "why do you want my name" I asked "did you pull his arm around to his back" he said "Yes" I said "ok I need your name for my father" he said "I am an X COP I can do what I want" "If anyone wants to talk to me send your dad down" I said "fine but I need a name so he knows who to look for" He said "Bob Muir" then walked away from Michael and I it to the office. JHM

Statement taken by: J. Thomas Hull    Signature: [signature]

1-1 JHM



# The Commonwealth of Massachusetts
## Department of Education

350 Main Street, Malden, Massachusetts 02148-5023          Telephone: (781) 338-3700

April 4, 2003

Michael McDonnell
9 John Williams Street
Attleboro, MA  02703-3706

RE: Intake Number: #03-0623
Student or Group Name:  Michael McDonnell, II

Dear Mr. McDonnell:

On January 16, 2003 the Massachusetts Department of Education received a written statement of concern from you involving the Attleboro School District.  The issues you cited are summarized as follows:

> Allegation that a staff member used unreasonable physical restraint contrary to the purpose of the physical restraint regulations at 603 CMR 46.01(3).

As the Education Specialist inquiring into this matter, I have taken the following steps:

1.) Discussed the matter with Mr. McDonnell, the complainant.

2.) Discussed the matter with Dr. Ronald W. Pacy, Superintendent of the Attleboro Public Schools.

3.) Discussed the matter with Department of Education staff.

4.) Analyzed the documentation submitted by all relevant parties.

5.) Examined special education law, regulations and guidance.

FINDING:
Through a review of extensive documentation submitted by the Attleboro Public Schools, it has been determined that the school teacher did not use unreasonable physical restraint on student in the middle of the fight that broke out in the wooded area between Brennan Middle School and Studley Elementary School on January 6, 2003. The teacher did not use a restraint that lasted longer than 5 minutes nor did it result in an injury requiring medical attention. Indeed the restraint was used because the teacher believed that the student might hurt himself or others so believed it best to break up the fight as needed.

Indeed the purpose of the law 603 CMR 46.00 and 603 CMR 46.04  is to ensure that every student participating in a Massachusetts public education program is free from the

1

unreasonable use of physical restraint. Physical restraint shall be used only in emergency situations, after other less intrusive alternatives have failed or been deemed inappropriate, and with extreme caution. School personnel shall use physical restraint with two goals in mind.

    (a) To administer a physical restraint only when needed to protect a student and/ or a member of the school community from imminent, serious, physical harm; and

    (b) To prevent or minimize any harm to the student as a result of the use of physical restraint.

In the report of local investigation that the Attleboro Public School District pursued after the incident the school justifies the reason that the teacher found it necessary to use physical restraint on the student. The teacher tried to break up the fight between the two students because the students were hurting each other and might have caused additional harm to the other students who were watching. Additionally the teacher used further restraint on the student to protect himself from physical harm.

With regards to proper administration of physical restraint 603 CMR 46.05 states that only school personnel who have received training pursuant to 603 CMR 46.03(2) or 603 CMR 46.03(3) shall administer physical restraint on students. Whenever possible, the administration of a restraint shall be witnessed by at least one adult who does not participate in the restraint. However, the training requirements contained in 603 CMR 46.00 shall not preclude a teacher, employee or agent of a public education program from using reasonable force to protect students, other persons or themselves from assault or imminent, serious, physical harm.

Based on the information gathered, my inquiries indicate that no violation of education law, regulation or policy has occurred with regard to the specific issues you have raised. I am advising the Attleboro School District of this finding by copy of this letter. The Department of Education has closed this matter as of 4/1/2003.

While the Department does not consider appeals of its decisions involving alleged non compliance with state or federal education laws or regulations, should this summary of information be inaccurate in some way, please contact me at (781) 338- 3720.

Please also note that for matters related to special education the parties may seek mediation and/or a hearing through the Bureau of Special Education Appeals on the same issues addressed in this letter. Such a hearing, however, is a new proceeding and is not for the purposes of reviewing the Department's decision on this complaint. Any order or decision issued by the Bureau of Special Education Appeals on the issues raised in this complaint would be binding.

Thank you for contacting the  Department regarding this matter.

2

Sincerely,

Deirdre Keogh-Anderson, Education Specialist
Program Quality Assurance Services

c:     Ronald W. Pacy, Superintendent

(REV. 10/12/00)

VRSK LCF.PRS

3

RECEIVED
SUPERINTENDENT'S OFFICE

APR 0 9 2003

SCHOOL SYSTEM

Cyril K. Brennan Middle School
320 Rathbun Willard Drive
Attleboro, Massachusetts 02703

Joseph L. Mackey, Principal                    Bruce C. Lynch, Assistant Principal

### RE: altercation on 1/6/03

**January 6-**
I was summoned to the Studley Elementary School because a fight had occurred between Mike McDonnell, Patrick Marshall, and Nick Campbell. I arrived late ( 3:10 3:15 or so) because I was involved in another matter at Brennan. I was apprised of the situation in the nurse's office and we discussed whether anyone was hurt. All said they were not and my read was that they were embarrassed more than anything else. I asked specifically and the answer was "no1".

I admonished the students that in these types of instances adults are always to summoned. Mike was the only one still agitated and reluctant to calm down. He said his eye was a bit read because of the fight, but it was nothing to worry about. All were told to report to my office the next day at 8:00 AM.

**January 7-**
The next day I spoke with each student and it seems trash talking was the reason for the event. That and the fact that each child (Pat and Nick) were pushed into the center of a group and felt they had to "save face" and fought. Mike intervened and told me he has been told by his father to always protect Nick. This is not the only time Mike has told me this. He also told me that his father wasn't done with Mr. Muir.

Officer Wellman interviewed Patrick and he said his arm had been twisted too. I reminded him of the previous conversation and it hadn't been mentioned. He said "Oh yeah, I forgot". I did not believe he was sincere in his response. Officer Wellman did not seem to want to do these complaints but was told to do so.

Consequence – internal suspension, discussion and civic duty

Others who may have pertinent information –
Mrs. Day – principal
Mrs. Maynard – nurse
Mr. Muir – teacher
Patrick, Michael, Nick – three students involved
Others? – students were unwilling to give further details / specifics and chose to own it

Respectfully submitted,

Joseph L. Mackey
Principal

I arrived with Michael at the nurse's office at about 2:42 p.m. The nurse attended to Michael's eye (examined his eye, asked it he was hurt anywhere else and gave him an ice pack) and I left to call Mr. Mackey, the Principal of Brennan School to come over and investigate since the incident involved his students. At 2:50 p.m. (at dismissal time) Mr. Muir came to the office to see if he could assist and I asked him to see if the other students involved in the fight were still outside and to bring them in so the nurse could check them out and we could get an account of the incident. At this time I was in and out of the nurse's office attending to other things. At approximately 2:55 p.m. Mr. Muir brought another male student to the nurse's office, who when asked identified himself as Patrick Marshall. Minutes later, Nicholas Campbell came into the office on his own.

At about 3:00 p.m. when Mr. Mackey had not arrived yet, I told the three boys that they should call their parents to let them know where they were so their parents won't worry if they were late getting home. At this suggestion, Nick Campbell expressed that if he called home he would be in trouble (he expressed anger and worry about a family situation); Michael McDonnell said his parents did not care about him anyway and Pat Marshall did not say anything (he was quiet most of the time). I called Nike's home first since I knew his mother. I spoke with his mother and informed her of the situation stating Nike was in the nurse's office, he was not hurt and that we were waiting for Mr. Mackey to come to get the story and asked if she wanted to come and get him or if she wanted him to walk home. I then spoke with Pat's mother and Michael's mother on the telephone having similar conversations. Michael's mother asked if she could speak to Michael. I did not hear the conversation between the two of them.

I left the nurse's office for 10 minutes and waited in the atrium for the arrival of Mr. Mackey. When we entered the office, Mrs. Thurber, the head teacher was talking with the students. When Mr. Mackey arrived between 3:10-3:15 p.m. he talked briefly with the three boys about the incident and had Mrs. Thurber make a list of names of other students involved as these three boys named them. Mr. Mackey then told the boys to meet him in his office tomorrow morning at 8:00 a.m. for further discussion.

Near the end of this discussion, an older male appeared at the nurse's door. Some of the adults at first, thought the male was Michael's father, but Mr. Mackey identified him as Michael's older brother. Michael left the nurse's office with his brother as did Nike. Pat also left at this time to walk home. Mr. Muir appeared and told me that the brother had asked him his name and Mr. Muir had confirmed that he had put Michael's arm behind his back when pulling him off the other student during the fight and securing him.

Later, as I passed through the secretaries' office to go to my office, I saw Mr. Muir talking on the telephone in the office. I did not hear the conversation. After hanging up, Mr. Muir approached me and told me that Mr. McDonnell was angry about Mr. Muir's handling of his son. Mr. Muir told me that he asked Mr. McDonnell to come to

school and talk about it and Mr. McDonnell refused and said he was
sending the police. Mr. Muir said he replied "do what you have to
do." Reportedly Mr. McDonnell hung up on Mr. Muir.

At approximately 4:00 p.m. Officer Wellman arrived at Studley School.
He met with Mr. Muir in my presence. Mr. Muir confirmed that he used
the hold he was trained in as a veteran police officer (retired after
20 years with the Providence Police Department) to pull Michael off
the other student he was hitting and to get him pass it on to Dr.
situation. Officer Wellman took down Mr. Muir's name and address on
a little note pad. He did not make copious notes of Mr. Muir's
statement and/or account of the situation. The Officer stated that he
would talk with Officer McDonnell about this.

On Wednesday, January 8 at 12:40 p.m. I received a telephone call
from Mr. McDonnell. He called to inquire as to whom he should write
the formal "criminal complaint" to. He asked if it should be written
to me or Dr. Pacy. I replied to me and that I would pass it on to Dr.
Pacy. He asked for the spelling of my name and I gave it to him.
During the course of this conversation, I invited him in to talk
about the incident, telling him their were plenty of witnesses. He
said he knew that and that officers were investigating the incident.
I told him I was a witness and needed to be interviewed as part of
the investigation. He replied that I could call Officer Wellman and
talk to him about the incident. At this point he said he was "sick of
dealing with the school system." I told him I was sorry to hear that
and asked what grade Michael was in, where he had gone to elementary
school, if he had a good experience with Studley School, etc. He did
not elaborate on why he was sick of the school system.

I asked Mr. McDonnell how he felt the fight should have been broken
up. He said the teacher should have pulled the students apart and
that "nobody has a right to put their hands on my son." He said the
teacher gave him  "an attitude" and admitted putting Michael's hand
behind his back.

On Friday, January 10, Officer Wellman arrived at Studley School and
told me he did not have good news, that Mr. McDonnell " just won't
let it go," and that a formal complaint would be filed against Mr.
Muir. I got the impression that this officer, did not agree with this
action and was some way put into an awkward position handling this
case.

On Tuesday, January 14 I received the written complaint via mail. It
was dated January 13, 2003 indicating a copy was sent to Dr. Pacy
(Supt.), James Hanley (School Committee Chairperson) and the Mass
Board of Education. I discussed the action steps with Dr. Pacy later
on that day. It was agreed upon that I would interview/question some
witnesses and get written statements from them to submit to Dr. Pacy.

Respectfully submitted
Sylvia J. Day
Principal, Studley School

January 15, 2003

I was made aware that three (3) children were in my office from Brennan Middle School by Mrs. S. Day and that one (1) child needed an assessment of his eye secondary to complaints of pain right eye area. Student reported name was Mike when asked and stated eye injury occurred as a result of an altercation outside of Studley School, did not recall. Upon visual assessment it was noted right eye sclera slightly reddened, exudate clear and watery, moderate tearing with no visible lesions. Student was observed rubbing eye area, instructed not to rub area to avoid injury. Ice applied to eye area. No further report of other injury verbalized and no apparent injury noted by nurse.

Mike appeared angry observed by body language slouching in chair, arms crossed, facial expression and tone of voice. Informed nurse that he would pay. When questioned as to meaning of statement, Mike said he twisted my arm he will pay, my father is a policeman. When asked who twisted his arm he referred to Mr. Muir as Mr. Muir walked past window of main office, "that man". Mike repeated statement a couple of times, but never told me his arm hurt as a result of this. Pat appeared quiet, nervous, fidgity, poor eye contact, no injury reported or noted, Nick was obviously upset and crying, also no injury reported or noted.

The student's parents were called by Mrs. S. Day to report incident. Mike spoke to his mother after Mrs. S. Day spoke with his mother.

Mr. Mackey, Principal Brennan Middle School arrived at Studley Elementary approximately 3:10-3:15 p.m., received report from students regarding altercation. Discussed alternative actions and behavior options to prevent fighting and instructed students to return to his office the next morning at 8:00 am. The students behavior at this time was non-threatening and students were dismissed, Mike's older brother came to Studley to pick him up.

Date of incident Monday January 6, 2003
Time: approximately 2:40pm

Debra Maynard, RN
School Nurse
Studley Elementary School

*Debra Maynard, RN*

I received a phone call at approximately 3:30 P.M. on Monday, January 6 from a man whom identified himself as Officer McDonnell from the Attleboro Police Dept wanting to speak to Mr. Muir. Mr. Muir came into the office to take the phone call. I heard him ask Officer McDonnell if he would like to come to the school and meet with him to discuss the incident. I then heard Mr. Muir say that he (Officer McDonnell) should do what he feels he needs to do, and then he hung up. He never gave Mr. Muir an opportunity to get a word in. Mr. Muir hung up the phone and stated that Officer McDonnell was going to send the police here to the school.

Officer Tom Wellman came to the school at approximately 4:00 P.M. to take a report from Mr. Muir and Mrs. Day

Diane Tremblay

299 Rathbun Willard Drive
Attleboro, MA 02703
January 16, 2003

Dr. Ronald Pacy
Superintendent
Attleboro Public Schools
100 Rathbun Willard Drive
Attleboro, MA 02703

Dear Dr. Pacy,

My account of the events of January 6, 2003 are as follows:

At approximately 2:35 two students witnessed the following from the windows of my classroom in room 19 at Studley School:

R. H. said he saw, "Mr. Muir pulling a kid and a kid was punching him and hitting him and pulling away."

K. O. saw, "Mr. Muir grab a kid's hand."

It should be noted that I did not see any of the incidences mentioned above. I did see Mr. Muir walking by himself across the playground. At no time did I see any physical altercations.

After dismissing my students I walked to the office. Three Brennan students were seated in the nurse's office. Mrs. Day and I waited for Mr. Mackey outside the office.

I walked into the nurse's office and Mrs. Thurber was talking with the three boys. Nick Campbell and Pat Marshall were talking it out. The boys seemed very worried that they would be suspended. Michael McDonnell said he had tried to break up the fight. At approximately 3:20 Mr. Mackey arrived and asked the boys what had happened. At approximately 3:30 Michael McDonnell's older brother arrived (we thought it might have been the father) and asked what had happened. He then left the nurse's office with his brother. I did not witness a conversation between any students or their families and Mr. Muir. I did not witness any telephone calls that may have been placed.

Please contact me if there is any other way I can be of assistance.

Sincerely,

Christopher Haskins

Christopher Haskins

On Monday January 6, 2003, I entered the nurse's office at Studley School after school hours at approximately 3:00. I thought I might be of assistance after hearing of an altercation in the woods behind Studley School involving some middle school students. There were three middle school students there sitting in chairs. One boy was Patrick, another was Nick and I think the third was Michael. It was this student that said his father was a police officer in Attleboro. The boys were visibly upset about what had happened outside. In a calm manner I tried to figure out what had happened. The boys took turns trying to explain the situation. Nick appeared the most upset saying that the kids in his school were telling him that Patrick was saying stuff about his family and that made him mad. He noted that his family is going through a very hard time right now and he thinks his parents are going to get divorced. He said he just got so mad at Patrick. He admitted that the other kids in the woods were egging him on to fight Patrick and that they just wanted to see s "show". Mike said he was just protecting his friend Nick from Patrick. He was still mad that Mr.Muir had grabbed him. We tried to formulate a list of other kids that were in the woods at the time and the boys listed several names that we gave to Mr. Mackey, the principal when he arrived at the nurse's office. I would say that I was present in the nurse's office about 20 to 30 minutes.

Sharon Thurber

January 20, 2003

To:      Susan Cary, Principal
From:    Valerie A Beauchaine
Date:    01/15/03
Re:      Incident on 1/6/03

On Monday, January 6, 2003, at approximately 2:15-2:30, I witnessed a fight in progress on the periphery of the Studley playground outside my classroom. I spoke to a small group of students and asked that they leave the school grounds as school was still in session. I then noticed a larger group of students circled around a couple of middle school students. I saw arms flailing and notified the office that there was a fight in progress.

During dismissal, as I was bringing the students to their bus line, I observed Mr. Muir escorting a student to the office. Walking side by side, Mr. Muir held the student's arm to ensure that he did not leave the building before seeing Mrs. Day.