UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -1  P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROBERT MUIR | |
| Plaintiff | CIVIL ACTION |
| v. | No. 03-12470-MLW |
| CITY OF ATTLEBORO, et al | |
| Defendants | |

## STATUS REPORT
## PURSUANT TO SCHEDULING ORDER

Pursuant to No. 8 of the scheduling order, plaintiff's counsel report to the Court as follows: The Plaintiff has explored the possibility of settlement and continues to negotiate with Defense counsel, Robert S. Ludlum, for the City of Attleboro. Plaintiff's counsel has attempted to negotiate with Defense counsel Gerald McAuliffe (representing Michael McDonnell in his individual capacity) and has received no offer of settlement.

With respect to mediation, plaintiff is not willing to consent to mediation at the present time.

Robert Muir
By his attorneys,

Cristina Azzinaro, BBO#653953
275 Martine Street, Suite 206
Fall River, MA 02723

Brenda L. Panaggio, BBO#654702
Donnelly & Panaggio
275 Martine Street, Suite 206
Fall River, MA 02723