# UNITES STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHETTS

Civil Action No. 03 12470 MLW

ROBERT MUIR,
                PLAINTIFF

v.

CITY OF ATTLEBORO, ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacities, OFFICER MICHAEL MCDONNELL, in his official and individual capacities, and OFFICER THOMAS WELLMAN, in his official and individual capacities,
                DEFENDANTS

## AFFIDAVIT IN COMPLIANCE WITH LOCAL RULE 26.1 (B) (2)

The Defendants, the City of Attleboro, Chief Richard Pierce, Officer Michael McDonnell (in his official capacity only), Officer Thomas F. Wellman and Captain George Bussiere, hereby swear as follows:

A. The following individuals are known to the Defendants or to the Defendants' attorneys as persons (other than the parties) who witnessed the transaction or occurrence giving rise to the Plaintiff's alleged claims, or who are known or believed to have substantial discoverable information about the claim or defenses:

1. <u>Jason H. McDonnell</u>. Upon information and belief, Mr. McDonnell witnessed his brother Michael McDonnell II's condition on the day of the incident. He also spoke to the Plaintiff on the date of the incident and provided a statement to the Attleboro Police Department.

2. <u>Michael McDonnell II</u>.  Upon information and belief, Mr. McDonnell was pulled from a fight outside of school by the plaintiff.  The Plaintiff then pulled Mr. McDonnell's arm behind his back with force and led him into the school.

3. <u>Nick Campbell</u>.  Upon information and belief, Mr. Campbell was involved in the fight outside of school with Michael McDonnell II.

4. <u>Miles Tingley</u>.  Upon information and belief, Mr. Tingley was present at the fight outside of school between Michael McDonnell II and Nick Campbell and witnessed the acts of the Plaintiff.  Mr. Tingley was interviewed by the Defendant, Officer Wellman, as part of the investigation by the Attleboro Police Department.

5. <u>Durell Blanchard</u>.  Upon information and belief, Mr. Blanchard was present at the fight outside of school between Michael McDonnell II and Nick Campbell and witnessed the acts of the Plaintiff.  Mr. Blanchard was interviewed by the Defendant, Officer Wellman, as part of the investigation by the Attleboro Police Department.

6. <u>Lisa McDonnell</u>.  Upon information and belief, Ms. McDonnell was present at the time Officer Wellman interviewed Michael McDonnell II, Nick Campbell and Miles Tingley, as part of the investigation by the Attleboro Police Department.

7. <u>Sylvia Day</u>.  Upon information and belief, Ms. Day was the Principal of Studley Elementary School and employed in that capacity at all times material to the allegations contained in Plaintiff's Complaint.  Ms. Day allegedly witnessed the Plaintiff escort Michael McDonnell II into the school following the fight.  She spoke to Officer Wellman as part of his investigation.  Additionally, she wrote a statement and collected statements from other members of the school staff for submission to the Superintendent of Attleboro Public Schools.

8. <u>Patrick Marshall</u>.  Upon information and belief, Mr. Marshall was involved in the fight outside of school.  He was interviewed by Officer Wellman as part of the investigation by the Attleboro Police Department.

9. <u>Debra Maynard</u>.  Upon information and belief, Ms. Maynard was the school nurse at Studley Elementary School and employed in that capacity at all times

material to the allegations contained in Plaintiff's Complaint. Ms. Maynard examined Michael McDonnell II after he returned to school following the fight. She also provided a statement to the Massachusetts Department of Education.

10. <u>Vanessa Beauchaine</u>. Upon information and belief, Ms. Beauchaine was a teacher at Studley Elementary School and employed in that capacity at all times materials to the allegations contained in Plaintiff's Complaint. She allegedly witnessed the fight and reported it to the school office. Following the fight, she allegedly witnessed the plaintiff escorting a student into the school. Ms. Beauchaine also provided a statement to Principal Day.

11. <u>Sharon Thurber</u>. Upon information and belief, Ms. Thurber was a teacher at Studley Elementary School and employed in that capacity at all times materials to the allegations contained in Plaintiff's Complaint. She allegedly spoke to several children after the fight. Ms. Thurber also provided a statement to the Massachusetts Department of Education.

12. <u>Christopher Haskins</u>. Upon information and belief, Mr. Haskins was a teacher at Studley Elementary School and employed in that capacity at all times materials to the allegations contained in Plaintiff's Complaint. Mr. Haskins did not witness the fight or the Plaintiff escorting any students into the school. Allegedly, two of his students told Mr. Haskins that they saw the Plaintiff grab a student. Mr. Haskins also provided a statement to Principal Day.

13. <u>Diane Tremblay</u>. Upon information and belief, Ms. Tremblay was an employee of the Studley Elementary School at all times materials to the allegations contained in Plaintiff's Complaint. Ms. Tremblay allegedly overheard a telephone conversation between the Plaintiff and Michael McDonnell. She also provided a statement to the Massachusetts Department of Education.

14. <u>Joseph L. Mackey</u>. Upon information and belief, Mr. Mackey was the Principal of Cyril K. Brennan Middle School and employed in that capacity at all times material to the allegations contained in Plaintiff's Complaint. Mr. Mackey did not witness the incident, but allegedly spoke to several children after the fight. He also provided a statement to the Massachusetts Department of Education.

B. The Defendant, Officer Wellman, interviewed the Plaintiff following the incident. Neither the Defendants nor their attorneys have in their possession any written statements from the Plaintiff.

C. Upon information and belief, the Massachusetts Department of Education investigated the transaction or occurrence giving rise to the claims or defenses.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ____ DAY OF FEBRUARY, 2005.

_____
City of Attleboro
Title: Mayor

_____
Chief Richard Pierce

_____
Officer Thomas F. Wellman

_____
Captain George Bussiere