UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 12470 MLW

| | |
|---|---|
| ROBERT MUIR,<br>Plaintiff,<br><br>v.<br><br>CITY OF ATTLEBORO, ATTLEBORO POLICE DEPARTMENT, CHIEF RICHARD PIERCE, in his official and individual capacities, LT. GEORGE BUSSIERE, in his official and individual capacities, OFFICER MICHAEL McDONNELL, in his official and individual capacities, and OFFICER THOMAS WELLMAN, in his official and individual capacities,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties to the above-captioned action, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that said action be dismissed with prejudice and without costs or attorneys' fees, waiving all rights of appeal.

The Plaintiff,
ROBERT MUIR,
By his Attorneys,

_____
Cristina Azzinaro, BBO #653953
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 837-6464

_____
Brenda L. Panaggio, BBO #654702
Law Office of Donnelly & Panaggio
275 Martine Street, Suite 206
Fall River, MA 02723
Tel. (508) 679-2295

The Defendants,
CITY OF ATTLEBORO,
ATTLEBORO POLICE DEPARTMENT,
CHIEF RICHARD PIERCE,
CAPTAIN GEORGE BUSSIERE,
OFFICER MICHAEL McDONNELL (in his official capacity), and OFFICER THOMAS WELLMAN,
By their Attorneys,

John J. Davis, BBO #115890
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110
Tel. (617) 350-0950

The Defendant,
OFFICER MICHAEL McDONNELL
(in his individual capacity),
By his Attorney,

Gerard S. McAuliffe, BBO #326740
43 Quincy Avenue
Quincy, MA 02169
Tel. (617) 471-0700